# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAUL DELAROSA,<br>Petitioner,<br><br>v.<br><br>THOMAS MCGINLEY, et al.,<br>Respondents. | :<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION<br><br><br><br><br>No. 22-cv-4195 |

## UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE RESPONSE TO PETITION FOR A WRIT OF HABEAS CORPUS

The Commonwealth respectfully requests a 90-day extension of time to file a response to petitioner Raul Delarosa's[1] counseled amended petition for a writ of habeas corpus, for the following reasons.

1. Delarosa filed a *pro se* petition for habeas relief pursuant to 28 U.S.C. § 2254 in 2022. ECF No. 1. The Commonwealth responded in 2023. ECF No. 13. Later that year, Delarosa sought leave to amend his petition. ECF No. 15. This Court granted the motion and stayed the case pending the completion of state-court proceedings. ECF No. 17.

2. In 2025, after the Court lifted the stay, ECF No. 21, Delarosa filed a motion seeking discovery, ECF No. 22, which the Court granted in part and denied in part. ECF No. 29. On the Commonwealth's motion, ECF No. 30, the Court appointed the Federal Community Defender Office for the Eastern District of Pennsylvania to represent Delarosa. ECF No. 33.

[1] In the amended petition, petitioner explains that his given name is "Javier Cepeda," but he was charged under his brother's name "Raul Delarosa." ECF No. 43 at 3 n.1.

3. Over the course of 2026, Delarosa's counsel conducted file review. After four unopposed motions for an extension of time, ECF Nos. 35, 37, 39, 41, on September 28, 2026, Delarosa's counsel filed an amended habeas petition and memorandum of law, raising a single claim of ineffective assistance of counsel. ECF No. 43.

4. The Commonwealth's response to the amended petition is due today, October 29, 2026.

5. The Commonwealth is unable to meet this response deadline, and respectfully requests an extension of time to prepare its response.

6. The attorney who prepared the Commonwealth's prior substantive filings in this matter, ECF Nos. 13 and 24, is no longer with the Philadelphia District Attorney's Office. The undersigned, as supervisor of the Federal Litigation Unit, has been managing the case for purposes of discovery, but another attorney will be assigned to prepare a response to the petition. The assignment process will be completed tomorrow and the assigned attorney will enter their appearance shortly.[2] Newly assigned counsel will need time to review the state-court record, conduct legal research, and prepare the response to the petition. Accordingly, an extension of time is necessary.

---

[2] When the Court orders the Philadelphia District Attorney's Office to respond to a habeas petition filed by a person in state custody, the supervisor of the Federal Litigation Unit must first review the file and assign the response to an assistant district attorney based on the complexity of the case, the experience level of the attorney, and the workload of the unit. New habeas cases are typically assigned to individual ADAs a month or more after the Court orders a response.

7. Undersigned counsel conferred with petitioner's counsel, Claudia Flores, Esq., who advised that Delarosa does not oppose this motion.

For these reasons, the Commonwealth respectfully requests that it be granted a 90-day extension of time, until January 27, 2027, to file a response to Delarosa's amended petition.

Respectfully submitted,

/s/

PETER F. ANDREWS
Supervisor, Federal Litigation Unit
Philadelphia District Attorney's Office
Three South Penn Square
Philadelphia, PA 19107
Email: peter.andrews@phila.gov
(215) 686-8000

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| RAUL DELAROSA,<br>Petitioner, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THOMAS MCGINLEY, et al.,<br>Respondents. | : | No. 22-cv-4195 |

**ORDER**

**AND NOW**, this day of , 2026, Respondents' time for filing a response to the petition for writ of habeas corpus/ is extended to .

BY THE COURT:

LYNNE A. SITARSKI
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I, Peter F. Andrews, certify that on October 29, 2026 I served a copy of this motion on all counsel of record via the Court's CM/ECF system.

/s/

PETER F. ANDREWS
Supervisor, Federal Litigation Unit
Philadelphia District Attorney's Office
Three South Penn Square
Philadelphia, PA 19107
Email: peter.andrews@phila.gov
(215) 686-8000